# United States District Court
# Western District of North Carolina
# Statesville Division

| Charles Buford Arning, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:18-cv-00054-DSC |
| vs. | ) | |
| Aetna Life Insurance Company, | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2019 Order.

July 18, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court